IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

LAWRENCE DAY, ET AL.           §
                               §
VS.                            §     ACTION NO. 4:12-CV-817-Y
                               §
JP MORGAN CHASE BANK, ET AL.   §

<u>FINAL JUDGMENT</u>

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITHOUT PREJUDICE to their refiling.  All costs of Court under 28 U.S.C. § 1920 shall be borne by Plaintiffs.

SIGNED April 10, 2013.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE